FILED
CHARLOTTE, N. C.

AUG 3 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.



North Carolina Western
# MEMORANDUM

**Date:** July 25, 2006

**To:** The Honorable Richard L. Voorhees
U.S. District Court Judge

**From:** Clifton E. Johnson, II
U.S. Probation Officer

**Subject:** Antonio Montinally Woods
3:00CR42-4-V
**Out of Country Travel Request**

---

The above named individual was sentenced on June 15, 2001 by Your Honor to a term of 48 months imprisonment followed by three (3) years supervised released for the offense of Conspiracy to Possess With Intent to Distribute and Distribute Cocaine in violation of 21 U.S.C. 841 (a)(1). The following special condition was also ordered: (1) The defendant shall pay a $100.00 special assessment fee (paid). Supervision commenced on February 16, 2005.

Mr. Woods has performed extremely well while under supervision. He has maintained a stable residence and employment and has not violated any of his supervised release conditions. Mr. Woods has also displayed a positive attitude throughout his term of supervised release. At this time, he is requesting permission to travel out of the country on August 19, 2006 returning to the United States on August 24, 2006. His international travel will consist of the Grand Cayman Islands and Playa del Carmen, Mexico. The purpose of this trip is to celebrate his one year anniversary. Please be aware that the U.S. Probation Office does oppose this request.

Please indicate your response below. Should you have any questions concerning this matter, please contact me at 704-350-7681.

*not 2*

CEJ
Attachments

**Subject:** Antonio Montinally Woods
Docket No.: 3:00cr42-4-V
**Out of Country Travel Request**

Approved by: *(signature)*
Randall T. Richardson
Supervising U.S. Probation Officer

---

[✓] Court concurs with the U. S. Probation Officer's recommendation. *To allow Travel,*

[ ] Court denies defendant's request for travel out of country.

*(signature)*     8-1-06
Signature of Judicial Officer     Date

July 17, 2006

Judge Richard L. Voorhees:

I, Antonio Woods, respectfully request permission to travel on a cruise with my wife August 19 – August 24, 2006. I have not had any negative reports or positive drug tests for my entire probationary period and this can be verified with my probation officer, Clifton Johnson. I was married on August 20, 2005 and this would be our one year anniversary trip. The details of the trip we are considering are as follows:

- Depart Aug 19 – 4pm from Tampa, FL
- Two stops, one at the Grand Cayman Islands the other at Playa del Carmen, Mexico
- The ship arrives back at Tampa at 8am August 24
- The rest of the trip would be spent at sea

If approved, we are planning to drive to Tampa instead of flying, and would depart from Charlotte on Friday August 18.

If more information about me is required, my case number is 300CR42-04, and my probation officer can be reached at 704-350-7681.


Respectfully,

*Antonio Woods*

Antonio Woods